**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6423**

GERALD D. FULLER,

       Plaintiff - Appellant,

    v.

WARDEN FRANK B. BISHOP, JR.; F.S.C. II LARRY D. HANLIN; SUPERVISOR; KEEFE COMMISSARY NETWORK SALES,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:15-cv-02524-WMN)

Submitted: August 30, 2017          Decided: September 22, 2017

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gerald D. Fuller, Appellant Pro Se. Ankush Nayar, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Davis Fuller appeals the district court's orders granting summary judgment to defendants in his action filed under 42 U.S.C. § 1983 (2012) and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fuller v. Bishop*, No. 1:15-cv-02524-WMN (D. Md. Jan. 27 & Mar. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
